Prob 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) |
|---|
| 10-00318-01-CR-W-BCW |

| DOCKET NUMBER (Rec. Court) |
|---|
| 14CR6069DGL |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| JOSEPH A. CAMP<br>114 1/2 Williams Street<br>Groton, New York | Western District of Missouri | Western |

| NAME OF SENTENCING JUDGE |
|---|
| Brian C. Wimes |

| DATES OF PROBATION /SUPERVISED RELEASE: | From 07/18/2013 | To 07/17/2014 |

**OFFENSE**

Conspiracy to Commit Fraud Involving Computers
18 U.S.C. § 371 and 18 U.S.C. § 1030 (Class D felony)

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of Missouri.

Date Filed: 5/13/14

ANN THOMPSON, CLERK
By: _____ Deputy Clerk

ECF DOCUMENT

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Missouri upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

05/02/2014
Date

/s/ Brian C. Wimes

Brian C. Wimes
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of the order.

5/5/14
Effective Date

David G. Larimer
DAVID LARIMER