# U.S. District Court
## Western District of Missouri (Kansas City)
## CRIMINAL DOCKET FOR CASE #: 4:10-cr-00318-BCW-1
## Internal Use Only

Case title: USA v. Camp et al

Date Filed: 11/18/2010
Date Terminated: 06/19/2013

---

Assigned to: District Judge Brian C. Wimes

Appeals court case number: 07/29/2013
8th Circuit Court of Appeals

**Defendant (1)**

**Joseph A Camp**
18474.055
LEAVENWORTH DETENTION
CENTER
100 Highway Terrace
Leavenworth, KS 66048
*TERMINATED: 06/19/2013*

represented by **John A Picerno**
1118 McGee
Suite 2000
Kansas City, MO 64106
(816) 471-3330
Fax: (816) 472-0200
Email: JPLaw@JohnPicerno.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*
*Bar Status: Active*

**FPD**
Federal Public Defender
818 Grand Boulevard
Suite 300
Kansas City, MO 64106
(816) 471-8282
Email: belinda_bye@fd.org
*TERMINATED: 09/23/2011*
*Designation: Public Defender or*
*Community Defender Appointment*
*Bar Status:*

**William J. Raymond**
Federal Public Defender's Office -
KCMO
818 Grand Avenue
Suite 300
Kansas City, MO 64106
(816) 471-8282
Email:
*TERMINATED: 09/23/2011*

*Designation: Public Defender or*
*Community Defender Appointment*
*Bar Status: Active*

**Pending Counts**                                          **Disposition**

CONSPIRACY TO DEFRAUD THE
UNITED STATES
(1)

The defendant pled guilty to Count 1 of
the Indictment on April 12, 2013. Dft
committed to the custody of the United
States Bureau of Prisons to be
imprisoned for a total term of 36
months on Count 1, with credit for all
time served. Supervised Release of 1
year with standard and additional
condtions imposed. MSA: $100.00
RESTITUTION: $61,500.00. Dft
remanded to custody of USM.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                       **Disposition**

FRAUD ACTIVITY CONNECTED
WITH COMPUTERS
(2)

INTERCEPTION AND DISCLOSURE
OF WIRE OR ORAL
COMMUNICATIONS
(3)

FRAUD ACTIVITY CONNECTED
WITH COMPUTERS
(4)

FRAUD WITH IDENTIFICATION
DOCUMENTS
(5)

FRAUD ACTIVITY CONNECTED
WITH COMPUTERS
(6)

FRAUD WITH IDENTIFICATION
DOCUMENTS
(7)

Counts 2 7 are dismissed upon motion
by the Government.

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                              **Disposition**

None

___

**Plaintiff**

**USA**                                  represented by   **Matthew Wolesky**
United States Attorney's Office-KCMO
400 E 9th Street
Suite 5510
Kansas City, MO 64106
(816) 426-3122
Fax: (816) 426-4328
Email: matthew.wolesky@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Phillip Eugene Porter**
U.S. Attorney's Office
400 E. 9th Street
Ste. 5510
Kansas City, MO 64106
(816) 426-3122
Fax: (816) 426-4210
Email: gene.porter@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2010 | 1 | SEALED INDICTMENT as to Joseph A Camp (1) count(s) 1, 2, 3, 4, 5, 6, 7. Daniel J Fowler (2) count(s) 1, 2, 3, 4, 5, 6, 7 (Attachments: # 1 Criminal Cover Sheet Joseph Camp, # 2 Criminal Cover Sheet Daniel Fowler). (Moore, Terri) (Entered: 11/19/2010) |
| 11/18/2010 | 🔒 | (Court only) ARREST WARRANT ISSUED as to Joseph A Camp, Daniel J Fowler. This is a docket entry only. No document is attached.(Moore, Terri) (Entered: 11/19/2010) |
| 11/22/2010 | | ORDER as to Joseph A Camp, Daniel J Fowler. A defendant having been arrested, it is ordered that this indictment be unsealed, and then processed in accordance with established procedure and law. Signed by United States Magistrate Judge John T Maughmer. This is a docket entry only. No document is attached. (Martinez, Kerry) (Entered: 11/23/2010) |
| 01/10/2011 | | ARREST of Joseph A Camp. (Martinez, Kerry) (Entered: |

| | | |
|---|---|---|
| | | 01/10/2011) |
| 01/10/2011 | 11 | Minute Entry for proceedings held before Magistrate Judge John T. Maughmer: INITIAL APPEARANCE as to Joseph A Camp held on 1/10/2011. Financial Affidavit completed. Defendant qualifies for the appointment of counsel. Arraignment set for 1/18/2011 01:30 PM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer. Defendant appears on a writ and is not eligible for bond at this time. To order a transcript of this hearing please contact Kerry Martinez, 816-512-5759. (Martinez, Kerry) (Entered: 01/10/2011) |
| 01/10/2011 | 12 | AFFIDAVIT of Financial Status of Joseph A Camp. This document contains original signatures of non attorneys and is being maintained in a paper file at the court. (Martinez, Kerry) (Entered: 01/10/2011) |
| 01/10/2011 | 13 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Joseph A Camp. FPD for Joseph A Camp appointed. (Martinez, Kerry) (Entered: 01/10/2011) |
| 01/10/2011 | 14 | ORDER AUTHORIZING TEMPORARY TRANSFER OF CUSTODY ON CONSENT as to Joseph A Camp. Signed on 1/10/11 by Magistrate Judge John T. Maughmer.(Martinez, Kerry) (Entered: 01/10/2011) |
| 01/13/2011 | 15 | ARREST WARRANT RETURNED EXECUTED on 1/10/2011 as to Joseph A Camp. This document contains original signatures of non attorneys and is being maintained in a paper file at the court. (Martin, Jan) (Entered: 01/13/2011) |
| 01/14/2011 | 16 | NOTICE OF HEARING as to Joseph A Camp. This is the official notice for this hearing. Arraignment **RE-SET** for 1/18/2011 02:30 PM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer.This is a TEXT ONLY ENTRY. No document is attached.(Martinez, Kerry) (Entered: 01/14/2011) |
| 01/14/2011 | | Attorney update in case as to Joseph A Camp. Attorney William J. Raymond for Joseph A Camp added. (Martinez, Kerry) (Entered: 01/14/2011) |
| 01/18/2011 | 17 | Minute Entry for proceedings held before Magistrate Judge John T. Maughmer: ARRAIGNMENT as to Joseph A Camp (1) Count 1,2,3,4,5,6,7 held on 1/18/2011. Plea of not guilty entered on behalf of the defendant. Scheduling Conference set for 2/2/2011 11:00 AM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer. Case set for trial on the docket to begin 2/14/11. Defendant is not eligible for bond and is remanded to custody. To order a transcript of this hearing please contact Kerry Martinez, 816-512-5759. (Martinez, Kerry) (Entered: 01/19/2011) |
| 01/31/2011 | 18 | NOTICE OF HEARING as to Joseph A Camp. This is the official notice for this hearing. Scheduling Conference **RE-SET for** |

| | | |
|---|---|---|
| | | **2/4/2011 10:30 AM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer.This is a TEXT ONLY ENTRY. No document is attached.**(Martinez, Kerry) (Entered: 01/31/2011) |
| 02/04/2011 | 20 | Minute Entry for proceedings held before Magistrate Judge John T. Maughmer: SCHEDULING CONFERENCE as to Joseph A Camp held on 2/4/11. The Court continues this case to the trial docket set to begin 6/27/11 over the objection of the defendant to a continuance. To order a transcript of this hearing please contact Kerry Martinez, 816-512-5759. (Martinez, Kerry) (Entered: 02/08/2011) |
| 02/07/2011 | 19 | SCHEDULING AND TRIAL ORDER as to Joseph A Camp (1). Accelerated Jury Trial is set for 6/27/2011. See Order for deadlines. Signed on 2/7/11 by Magistrate Judge John T. Maughmer.(Rollheiser, Sandy) (Entered: 02/07/2011) |
| 05/19/2011 | 21 | PRO SE MOTION to Dismiss Case by Joseph A Camp. Suggestions in opposition/response due by 6/6/2011 unless otherwise directed by the court. (Attachments: # 1 Exhibit, # 2 Envelope). (Moore, Terri) (Entered: 05/19/2011) |
| 05/31/2011 | 22 | NOTICE OF HEARING as to Joseph A Camp. This is the official notice for this hearing. Motion Hearing set for 6/2/2011 11:30 AM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer regarding defendant's pro se motion filed 5/19/11 (Doc. 21).This is a TEXT ONLY ENTRY. No document is attached.(Martinez, Kerry) (Entered: 05/31/2011) |
| 06/02/2011 | 24 | Minute Entry for proceedings held before Magistrate Judge John T. Maughmer: MOTION HEARING as to Joseph A Camp held on 6/2/2011 re 21 MOTION to Dismiss Case filed by Joseph A Camp. The Court denies 21 Pro Se Motion to Dismiss Case as to as to Joseph A Camp (1). The Court also denies the defendant's request for copies of discovery materials. To order a transcript of this hearing please contact Kerry Martinez, 816-512-5759. (Martinez, Kerry) (Entered: 06/03/2011) |
| 06/03/2011 | 23 | ORDER setting pretrial conference as to Joseph A Camp, Daniel J Fowler. Pretrial Conference set for 6/16/2011 10:40 AM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer.(Martinez, Kerry) (Entered: 06/03/2011) |
| 06/15/2011 | 26 | MOTION to continue by Joseph A Camp. Suggestions in opposition/response due by 7/5/2011 unless otherwise directed by the court. (Raymond, William) (Entered: 06/15/2011) |
| 06/15/2011 | | The pretrial conference set for 6/16/11 will be continued to a date to be determined by the Court. The trial setting in this matter will be continued. This is a TEXT ONLY ENTRY. No document is attached.(Martinez, Kerry) (Entered: 06/15/2011) |

| | | | |
|---|---|---|---|
| 06/15/2011 | | 27 | ORDER granting motion to continue 26 the case as to defendants Joseph A Camp (1) and Daniel J Fowler (2). Accelerated Jury Trial is continued from 6/27/11 to 10/24/2011. Signed on 6/15/11 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 06/15/2011) |
| 07/11/2011 | 🔒 🔒 | 33 | (Court only) Correspondence from Joseph A Camp in support of non-incarceration sentence for Daniel J. Fowler - **for internal use only**. (Moore, Terri) (Entered: 07/13/2011) |
| 07/18/2011 | 🔒 🔒 | 34 | (Court only) Correspondence as to Joseph A. Camp - **for internal use only**. (Moore, Terri) (Entered: 07/19/2011) |
| 08/09/2011 | 🔒 🔒 | 36 | (Court only) Correspondence received from Joseph A Camp dated 6/23/11 regarding requests for hearing transcripts. Letter has been forwarded to Mr. Camp's attorney. - **for internal use only**. (Martinez, Kerry) (Entered: 08/09/2011) |
| 09/20/2011 | | 37 | NOTICE OF HEARING as to Joseph A Camp. This is the official notice for this hearing. Status Conference set for 9/22/2011 01:45 PM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer.This is a TEXT ONLY ENTRY. No document is attached.(Martinez, Kerry) (Entered: 09/20/2011) |
| 09/21/2011 | | 38 | NOTICE OF CANCELLATION OF HEARING as to Joseph A Camp. The Status Conference set for 9/22/11 at 1:45 p.m. is cancelled at the request of counsel. This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached.(Martinez, Kerry) (Entered: 09/21/2011) |
| 09/21/2011 | | 39 | MOTION to withdraw as attorney by William Raymond. by Joseph A Camp. Suggestions in opposition/response due by 10/11/2011 unless otherwise directed by the court. (Raymond, William) (Entered: 09/21/2011) |
| 09/23/2011 | | 40 | ORDER granting 39 motion to withdraw as attorney. FPD and William J. Raymond withdrawn from case. as to Joseph A Camp (1). Attorney John A. Picerno is appointed to represent Defendant Camp for all further proceedings. Signed on 9/23/11 by Magistrate Judge John T. Maughmer. (Martinez, Kerry) (Entered: 09/23/2011) |
| 09/23/2011 | | | Attorney update in case as to Joseph A Camp. Attorney John A Picerno for Joseph A Camp added. (Martinez, Kerry) (Entered: 09/23/2011) |
| 09/24/2011 | | 41 | ORDER setting pretrial conference as to Joseph A Camp. Pretrial Conference set for 10/7/2011 10:20 AM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer.(Martinez, Kerry) (Entered: 09/24/2011) |
| 09/28/2011 | | 42 | MOTION to continue by Joseph A Camp. Suggestions in opposition/response due by 10/17/2011 unless otherwise directed by the court. (Picerno, John) (Entered: 09/28/2011) |

| 09/28/2011 | 🔒 🔒 | 43 | (Court only) Copy of Letter from Joseph A Camp to Federal Public Defender's Office - **for internal use only**. (Attachments: # 1 Envelope) (Moore, Terri) (Entered: 09/29/2011) |
| 09/28/2011 | 🔒 🔒 | 44 | (Court only) Correspondence from Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Moore, Terri) (Entered: 09/29/2011) |
| 09/30/2011 | | 45 | ORDER granting motion to continue 42 . Accelerated Jury Trial is continued from 10/24/11 to 4/23/2012. Signed on 9/30/11 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 09/30/2011) |
| 10/04/2011 | | | The pretrial conference set for 10/7/11 for Defendant Joseph A. Camp is continued to a date to be determined by the Court. The trial setting has been continued to 4/23/12 as to defendant Camp. This is a TEXT ONLY ENTRY. No document is attached. (Martinez, Kerry) (Entered: 10/04/2011) |
| 10/05/2011 | | 47 | Defendant Joseph A. Camp's Pro Se Motion for recusal. (Rollheiser, Sandy) (Entered: 10/05/2011) |
| 10/05/2011 | | 48 | ORDER denying 47 pro se motion for recusal as to Joseph A Camp (1). Signed on 10/5/11 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 10/05/2011) |
| 10/11/2011 | | 49 | Defendant Joseph A. Camp's Pro Se Motion for recusal (Attachments: # 1 Envelope). (Moore, Terri) (Entered: 10/14/2011) |
| 10/14/2011 | | 50 | COPIES from Joseph A. Camp of correspondence sent to U.S. Attorney re: FOIA requests. (Moore, Terri) (Entered: 10/14/2011) |
| 10/21/2011 | 🔒 🔒 | 51 | (Court only) Correspondence regarding speedy trial rights filed by and as to Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Beard, Melanie) (Entered: 10/21/2011) |
| 10/31/2011 | | 54 | PRO SE MOTION to Dismiss Case by Joseph A Camp. Suggestions in opposition/response due by 11/17/2011 unless otherwise directed by the court. (Attachments: # 1 Envelope) (Moore, Terri) (Entered: 11/02/2011) |
| 11/01/2011 | 🔒 🔒 | 52 | (Court only) Correspondence received by Magistrate Judge John T. Maughmer from Joseph A Camp dated 10/24/11 - **for internal use only**. (Attachments: # 1 Envelope) (Martinez, Kerry) (Entered: 11/01/2011) |
| 11/01/2011 | | 53 | ORDER denying 49 pro se motion for recusal as to Joseph A Camp (1). Signed on 11/1/11 by Magistrate Judge John T. Maughmer. (Martinez, Kerry) (Entered: 11/01/2011) |
| 11/07/2011 | | 55 | ORDER denying 54 Motion to Dismiss Case as to as to Joseph A Camp (1). Signed on 11/7/11 by Magistrate Judge John T. Maughmer. (Martinez, Kerry) (Entered: 11/07/2011) |

Case 6:14-cr-06069-DGL   Document 1-1   Filed 05/16/14   Page 8 of 25

| | | | |
|---|---|---|---|
| 11/22/2011 | 🔒🔒 | 56 | (Court only) Correspondence received on 11/16/11 by Magistrate John T. Maughmer dated 11/10/11 from defendant Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Martinez, Kerry) (Entered: 11/22/2011) |
| 12/06/2011 | 🔒🔒 | 57 | (Court only) Correspondence received by Magistrate Maughmer dated 11/21/11 from Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Martinez, Kerry) (Entered: 12/06/2011) |
| 12/06/2011 | 🔒🔒 | 58 | (Court only) Correspondence received by Magistrate Maughmer dated 11/29/11 from Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Martinez, Kerry) (Entered: 12/06/2011) |
| 12/15/2011 | | 59 | PRO SE MOTION to Dismiss Case by Joseph A Camp. Suggestions in opposition/response due by 1/3/2012 unless otherwise directed by the court. (Attachments: # 1 Envelope) (Moore, Terri) (Entered: 12/16/2011) |
| 01/11/2012 | 🔒🔒 | 60 | (Court only) Correspondence received by Magistrate John T. Maughmer from defendant Joseph A Camp dated 12/26/11 - **for internal use only**. (Attachments: # 1 Envelope) (Martinez, Kerry) (Entered: 01/11/2012) |
| 01/12/2012 | | 61 | NOTICE OF ATTORNEY APPEARANCE Phillip Eugene Porter appearing for USA. (Porter, Phillip) (Entered: 01/12/2012) |
| 01/12/2012 | | 62 | MOTION for protective order by USA as to Joseph A Camp. Suggestions in opposition/response due by 1/30/2012 unless otherwise directed by the court. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Porter, Phillip) (Entered: 01/12/2012) |
| 01/27/2012 | | 63 | AFFIDAVIT, by Joseph A Camp (Attachments: # 1 Exhibit A, # 2 Letter, # 3 Envelope)(Wheeler, LaTandra) (Entered: 01/30/2012) |
| 01/31/2012 | 🔒🔒 | 64 | (Court only) Correspondence received by Magistrate John T. Maughmer dated 1/4/12 from Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Martinez, Kerry) (Entered: 01/31/2012) |
| 02/03/2012 | | 65 | ORDER denying 59 pro se Motion to Dismiss the indictment as to as to Joseph A Camp (1). Signed on 2/3/12 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 02/03/2012) |
| 02/07/2012 | 🔒🔒 | 66 | (Court only) Correspondence received by Magistrate John T. Maughmer dated 1/30/12 from Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Martinez, Kerry) (Entered: 02/07/2012) |
| 02/15/2012 | 🔒🔒 | 67 | (Court only) Correspondence received by Magistrate John T. Maughmer dated 1/25/12 from Joseph A Camp - **for internal use only**. (Martinez, Kerry) (Entered: 02/15/2012) |

| 02/16/2012 | 68 | SUGGESTIONS in opposition filed pro se by Joseph A Camp re 62 MOTION for protective order . Reply suggestions due by 3/5/2012 unless otherwise directed by the court (Attachments: # 1 Envelope)(Beard, Melanie) (Entered: 02/17/2012) |
| 02/17/2012 | 69 | MOTION to strike by USA as to Joseph A Camp. Suggestions in opposition/response due by 3/5/2012 unless otherwise directed by the court. (Porter, Phillip) (Entered: 02/17/2012) |
| 02/22/2012 | 70 | ORDER denying 62 the United States' motion for protective order and granting 69 the United States' motion to strike as to Joseph A Camp (1). Signed on 2/22/12 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 02/22/2012) |
| 02/22/2012 | 71 | MOTION for protective order, by Joseph A Camp. Suggestions in opposition/response due by 3/12/2012 unless otherwise directed by the court. (Attachments: # 1 Letter)(Wheeler, LaTandra) (Entered: 02/22/2012) |
| 02/23/2012 | 72 | ORDER denying 71 pro se motion for protective order as to Joseph A Camp (1). Signed on 2/23/12 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 02/23/2012) |
| 02/24/2012 | 🔒 🔒 73 | (Court only) Correspondence received by Magistrate Judge John T. Maughmer dated 2/10/12 from Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Martinez, Kerry) (Entered: 02/24/2012) |
| 03/07/2012 | 74 | MOTION to appoint expert by Joseph A Camp. Suggestions in opposition/response due by 3/26/2012 unless otherwise directed by the court. (Picerno, John) (Entered: 03/07/2012) |
| 03/07/2012 | 75 | MOTION to seal document *Expert* by Joseph A Camp. Suggestions in opposition/response due by 3/26/2012 unless otherwise directed by the court. (Attachments: # 1 Exhibit CV, # 2 Exhibit Fee Agreement, # 3 Exhibit Criminal Litigation, # 4 Exhibit Expert Testimony)(Picerno, John) (Entered: 03/07/2012) |
| 03/08/2012 | 76 | RESPONSE to motion by USA as to Joseph A Camp re 75 MOTION to seal document *Expert*, 74 MOTION to appoint expert . Reply suggestions due by 3/26/2012 unless otherwise directed by the court (Wolesky, Matthew) (Entered: 03/08/2012) |
| 03/14/2012 | 77 | ORDER granting 74 motion for investigator fees and granting 75 motion for fees for a computer expert as to Joseph A Camp (1). Signed on 3/14/12 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 03/14/2012) |
| 03/21/2012 | 78 | MOTION for order for documents by Joseph A Camp. Suggestions in opposition/response due by 4/9/2012 unless otherwise directed by the court. (Wheeler, LaTandra) (Entered: 03/23/2012) |
| 03/23/2012 | 79 | ORDER setting pretrial conference as to Joseph A Camp. Pretrial Conference set for 4/12/2012 09:20 AM in Courtroom 7E, Kansas |

| | | |
|---|---|---|
| | | City (JTM) before Magistrate Judge John T. Maughmer. Signed on 3/23/12 by Magistrate Judge John T. Maughmer.(Martinez, Kerry) (Main Document 79 replaced on 3/23/2012) (Martinez, Kerry). (Entered: 03/23/2012) |
| 03/23/2012 | | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 3/23/12, Order Setting Pretrial Conference. The document has been deleted and replaced with a corrected copy. Original document contained incorrect date on the last page regarding the date of the trial docket. This is a text entry only - no document is attached. (Martinez, Kerry) (Entered: 03/23/2012) |
| 03/24/2012 | 80 | SUGGESTIONS in opposition by USA as to Joseph A Camp re 78 MOTION for order for documents . Reply suggestions due by 4/12/2012 unless otherwise directed by the court (Porter, Phillip) (Entered: 03/24/2012) |
| 03/27/2012 | 81 | NOTICE OF HEARING as to Joseph A Camp. This is the official notice for this hearing. Pretrial Conference **RE-SET for 4/11/2012 10:00 AM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer.This is a TEXT ONLY ENTRY. No document is attached.(Martinez, Kerry) (Entered: 03/27/2012)** |
| 03/29/2012 | 82 | MOTION to continue *Trial* by Joseph A Camp. Suggestions in opposition/response due by 4/16/2012 unless otherwise directed by the court. (Picerno, John) (Entered: 03/29/2012) |
| 04/03/2012 | 83 | ORDER granting motion to continue 82 . Accelerated Jury Trial is continued from 4/23/12 to 9/17/2012. The pretrial conference set for 4/12/12 is also continued. Signed on 4/3/12 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 04/03/2012) |
| 04/04/2012 | | The pretrial conference as to defendant Joseph A. Camp is continued to a date to be determined by the Court. The trial setting has been continued to 9/17/12. This is a TEXT ONLY ENTRY. No document is attached.(Martinez, Kerry) (Entered: 04/04/2012) |
| 04/10/2012 | 85 | ORDER denying 78 pro se motion seeking discovery from the United States as to Joseph A Camp (1). Signed on 4/10/12 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 04/10/2012) |
| 05/29/2012 | 87 | ORDER TRANSFERRING/REASSIGNING CASE as to Joseph A Camp, Daniel J Fowler. Case reassigned to District Judge Brian C. Wimes for all further proceedings. District Judge Ortrie D. Smith no longer assigned to case. Signed on May 29, 2012 by District Judge Ortrie D. Smith.(Moore, Terri) (Entered: 05/29/2012) |
| 06/29/2012 | 🔒 🔒 88 | (Court only) Correspondence from Joseph A Camp - **for internal use only.** (Wheeler, LaTandra) (Entered: 07/06/2012) |
| | | |

| 07/10/2012 | 92 | MOTION for order of document request by Joseph A Camp. Suggestions in opposition/response due by 7/27/2012 unless otherwise directed by the court. (Wheeler, LaTandra) (Entered: 07/18/2012) |
|---|---|---|
| 07/12/2012 | 89 | MOTION for protective order by USA as to Joseph A Camp. Suggestions in opposition/response due by 7/30/2012 unless otherwise directed by the court. (Attachments: # 1 Exhibit)(Porter, Phillip) (Entered: 07/12/2012) |
| 07/13/2012 | 90 | MOTION to continue by Joseph A Camp. Suggestions in opposition/response due by 7/30/2012 unless otherwise directed by the court. (Picerno, John) (Entered: 07/13/2012) |
| 07/13/2012 | 91 | MOTION for release of funds by Joseph A Camp. Suggestions in opposition/response due by 7/30/2012 unless otherwise directed by the court. (Attachments: # 1 Exhibit Invoice - Expert Fee)(Picerno, John) (Entered: 07/13/2012) |
| 07/19/2012 | 93 | ORDER denying government's 89 motion for protective order as to Joseph A Camp (1); denying 92 pro se motion for a document request as to Joseph A Camp (1). Signed on 7/19/12 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 07/19/2012) |
| 07/25/2012 | 94 | NOTICE OF HEARING as to Joseph A Camp. This is the official notice for this hearing. Motion Hearing set for 7/30/2012 02:00 PM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer. This is a TEXT ONLY ENTRY. No document is attached.(Martinez, Kerry) (Entered: 07/25/2012) |
| 07/30/2012 | 95 | Minute Entry for proceedings held before Magistrate Judge John T. Maughmer: MOTION HEARING as to Joseph A Camp held on 7/30/2012 re 90 MOTION to continue filed by Joseph A Camp. The Court grants defendant's motion to continue 90 . The case as to defendant Joseph A Camp is continued to the 2/11/13 trial docket. To order a transcript of this hearing please contact Kerry Martinez, 816-512-5759. (Martinez, Kerry) (Entered: 07/31/2012) |
| 08/02/2012 | 97 | AFFIDAVIT by Joseph A Camp (Attachments: # 1 Letter, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Declaration, # 6 Envelope)(Wheeler, LaTandra) (Entered: 08/03/2012) |
| 08/07/2012 | 99 | TRANSCRIPT REQUEST by Joseph A Camp for proceedings held on 01/10/2011, 01/18/2011, 02/04/2011, 06/02/2011, and 07/30/2012 before Judge John T. Maughmer. (Wheeler, LaTandra) (Entered: 08/07/2012) |
| 08/13/2012 | 100 | ORDER granting 90 motion to continue. Accelerated criminal trial docket is continued from 9/17/12 to 2/11/13. Signed on 8/13/12 by Magistrate Judge John T. Maughmer.(Rollheiser, Sandy) (Entered: 08/13/2012) |

| 08/22/2012 | 101 | CJA 21 as to Joseph A Camp: Authorization to pay Forensic Computer Services Inc $2,351.71 for expert services. Voucher #12MOW559. This document is being maintained in the finance office at the court. Signed on 8/8/12 by District Judge Brian C. Wimes. This is a TEXT ONLY ENTRY. No document is attached. (Kee, Georgia) (Entered: 08/22/2012) |
|---|---|---|
| 08/28/2012 | 102 | MOTION to appoint expert *Additional Funds* by Joseph A Camp. Suggestions in opposition/response due by 9/14/2012 unless otherwise directed by the court. (Picerno, John) (Entered: 08/28/2012) |
| 09/07/2012 | 103 | (Court only) Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 09/12/2012) |
| 09/18/2012 | 104 | (Court only) Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 09/18/2012) |
| 09/20/2012 | 105 | (Court only) Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 09/20/2012) |
| 09/20/2012 | 106 | (Court only) Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 09/25/2012) |
| 09/21/2012 | 107 | (Court only) Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 09/26/2012) |
| 09/26/2012 | 110 | (Court only) Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Wheeler, LaTandra) (Entered: 09/28/2012) |
| 09/28/2012 | 108 | PRE SE MOTION for discovery by Joseph A Camp. Suggestions in opposition/response due by 10/15/2012 unless otherwise directed by the court. (Attachments: # 1 Envelope)(Wheeler, LaTandra) Modified on 10/2/2012 to modify docket text as to pro se motion (Wheeler, LaTandra). (Entered: 09/28/2012) |
| 09/28/2012 | 109 | PRO SE MOTION for bill of particulars by Joseph A Camp. Suggestions in opposition/response due by 10/15/2012 unless otherwise directed by the court. (Attachments: # 1 Envelope) (Wheeler, LaTandra) Modified on 10/2/2012 to modify text as to pro se motion (Wheeler, LaTandra). (Entered: 09/28/2012) |
| 10/05/2012 | 115 | PRO SE MOTION for return of property/pretrial by Joseph A Camp. Suggestions in opposition/response due by 10/22/2012 unless otherwise directed by the court. (Attachments: # 1 letter, # 2 Envelope)(Wheeler, LaTandra) Modified on 10/16/2012 to indicate that filing is pro se (Wheeler, LaTandra). (Entered: 10/16/2012) |
| 10/05/2012 | 116 | PRO SE MOTION for order on conflict of interest by Joseph A Camp. Suggestions in opposition/response due by 10/22/2012 unless otherwise directed by the court. (Attachments: # 1 letter, # 2 Envelope)(Wheeler, LaTandra) (Entered: 10/16/2012) |

| 10/10/2012 | 🔒 🔒 | 113 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 10/11/2012) |
|---|---|---|---|
| 10/11/2012 | | 111 | ORDER denying 108 motion for discovery as to Joseph A Camp (1); denying 109 motion for bill of particulars; and, pro se letter to the Court requesting the production of documents as to Joseph A Camp (1). Signed on 10/11/12 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 10/11/2012) |
| 10/11/2012 | | 112 | ORDER denying without prejudice 91 motion for additional of funds as to Joseph A Camp (1); denying without prejudice 102 motion for computer expert fees as to Joseph A Camp (1). Signed on 10/11/12 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 10/11/2012) |
| 10/11/2012 | 🔒 🔒 | 114 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Wheeler, LaTandra) (Entered: 10/12/2012) |
| 10/17/2012 | | 117 | MOTION to appoint expert *Additional Funds* by Joseph A Camp. Suggestions in opposition/response due by 11/5/2012 unless otherwise directed by the court. (Attachments: # 1 Affidavit Anticipated Costs of Services)(Picerno, John) (Entered: 10/17/2012) |
| 10/18/2012 | 🔒 🔒 | 118 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 10/23/2012) |
| 10/18/2012 | 🔒 🔒 | 119 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Wheeler, LaTandra) (Entered: 10/23/2012) |
| 10/19/2012 | 🔒 🔒 | 120 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Wheeler, LaTandra) (Entered: 10/24/2012) |
| 10/23/2012 | 🔒 🔒 | 123 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Wheeler, LaTandra) (Entered: 10/25/2012) |
| 10/24/2012 | | 121 | ORDER denying 116 pro se motion that court-appointed counsel has a conflict as to Joseph A Camp (1). Signed on 10/24/12 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 10/24/2012) |
| 10/24/2012 | | 122 | ORDER denying 115 pro se motion for return of property as to Joseph A Camp (1). Signed on 10/24/12 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 10/24/2012) |
| 10/25/2012 | 🔒 🔒 | 124 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 10/26/2012) |
| 10/26/2012 | 🔒 🔒 | 125 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 10/29/2012) |

| 10/29/2012 | 🔒 🔒 126 | (Court only) PRO SE Correspondence from Joseph A Camp - **for internal use only**. (Attachments: # 1 Letter) (McDowell, Shelly) (Entered: 10/30/2012) |
|---|---|---|
| 10/31/2012 | 🔒 🔒 127 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 10/31/2012) |
| 10/31/2012 | 🔒 🔒 129 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 11/05/2012) |
| 10/31/2012 | 🔒 🔒 130 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 11/05/2012) |
| 11/02/2012 | 🔒 🔒 128 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 11/05/2012) |
| 11/07/2012 | 131 | PRO SE MOTION to appoint counsel, by Joseph A Camp. Suggestions in opposition/response due by 11/26/2012 unless otherwise directed by the court. (Attachments: # 1 Envelope) (Wheeler, LaTandra) (Entered: 11/16/2012) |
| 11/09/2012 | 🔒 🔒 134 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Wheeler, LaTandra) (Entered: 11/16/2012) |
| 11/13/2012 | 132 | PRO SE MOTION for order, by Joseph A Camp. Suggestions in opposition/response due by 11/30/2012 unless otherwise directed by the court. (Wheeler, LaTandra) (Entered: 11/16/2012) |
| 11/13/2012 | 🔒 🔒 133 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Wheeler, LaTandra) (Entered: 11/16/2012) |
| 11/14/2012 | 🔒 🔒 136 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Wheeler, LaTandra) (Entered: 11/19/2012) |
| 11/15/2012 | 🔒 🔒 135 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Wheeler, LaTandra)***Copy of docket sheet mailed to defendant per request. (Entered: 11/16/2012) |
| 11/20/2012 | 🔒 🔒 137 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 11/21/2012) |
| 11/26/2012 | 🔒 🔒 138 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 11/26/2012) |
| 11/27/2012 | 🔒 🔒 139 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 11/28/2012) |
| 12/17/2012 | 🔒 🔒 141 | (Court only) PRO SE Correspondence from Joseph A Camp - **for internal use only**. (Attachments: # 1 Letter to Magistrate, # 2 Letter to John Picerno, # 3 Freedom of Information Act reference, # 4 Unconstitutional Restrictions letter, # 5 Envelope) (McDowell, |

| | | | |
|---|---|---|---|
| | | | Shelly) (Entered: 12/18/2012) |
| 12/26/2012 | 🔒 🔒 | 142 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Wheeler, LaTandra) (Entered: 12/27/2012) |
| 01/02/2013 | 🔒 🔒 | 143 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 01/03/2013) |
| 01/04/2013 | 🔒 🔒 | 144 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Wheeler, LaTandra) (Entered: 01/04/2013) |
| 01/07/2013 | 🔒 🔒 | 146 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Wheeler, LaTandra) (Entered: 01/08/2013) |
| 01/09/2013 | 🔒 | 148 | ORDER (SEALED) as to Joseph A Camp 117 MOTION to appoint expert *Additional Funds* filed by Joseph A Camp. Signed on 1/9/13 by Magistrate Judge John T. Maughmer.(Rollheiser, Sandy) (Entered: 01/09/2013) |
| 01/09/2013 | | | ***Motions terminated as to Joseph A Camp: 117 MOTION to appoint expert *Additional Funds* filed by Joseph A Camp.. Signed on 1/9/13 by Magistrate Judge John T. Maughmer.(Rollheiser, Sandy) (Entered: 01/09/2013) |
| 01/09/2013 | | 149 | MOTION to continue *Trial* by Joseph A Camp. Suggestions in opposition/response due by 1/28/2013 unless otherwise directed by the court. (Picerno, John) (Entered: 01/09/2013) |
| 01/10/2013 | 🔒 🔒 | 150 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 01/11/2013) |
| 01/15/2013 | | 151 | ORDER denying 132 pro se motion for production of Brady material as to Joseph A Camp (1). Signed on 1/15/13 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 01/15/2013) |
| 01/21/2013 | | 152 | ORDER setting pretrial conference as to Joseph A Camp. Pretrial Conference set for 1/31/2013 09:00 AM in Courtroom 7E, Kansas City (JTM) before Magistrate Judge John T. Maughmer.(Martinez, Kerry) (Entered: 01/21/2013) |
| 01/22/2013 | | | The pretrial conference set for 1/31/13 is continued to a date to be determined by the Court. The trial setting in this matter is being continued to 3/18/13. This is a TEXT ONLY ENTRY. No document is attached.(Martinez, Kerry) (Entered: 01/22/2013) |
| 01/22/2013 | | 153 | PROPOSED EXHIBIT LIST by USA as to Joseph A Camp (Wolesky, Matthew) (Entered: 01/22/2013) |
| 01/22/2013 | | 154 | PROPOSED WITNESS LIST by USA as to Joseph A Camp (Wolesky, Matthew) (Entered: 01/22/2013) |

| 01/22/2013 | | 155 | ORDER granting motion to continue 149 . Accelerated Jury Trial for defendant Camp is continued from 2/11/13 to 3/18/2013. The pretrial conference set for 1/31/13 is also continued. Signed on 1/22/13 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 01/22/2013) |
| 01/23/2013 | | 156 | ORDER denying 131 pro se motion to appoint counsel as to Joseph A Camp (1). Signed on 1/23/12 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 01/23/2013) |
| 01/28/2013 | 🔒 🔒 | 157 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 01/29/2013) |
| 01/28/2013 | | 158 | NOTICE of filing of documents sent to the District Court of Columbia, by Joseph A Camp (Attachments: # 1 Letter, # 2 Exhibit 1 through 26, # 3 Envelope)(Wheeler, LaTandra) (Entered: 01/29/2013) |
| 01/28/2013 | | 159 | NOTICE of filing of documents sent to the Supreme Court of the US, by Joseph A Camp (Attachments: # 1 Envelope)(Wheeler, LaTandra) (Entered: 01/29/2013) |
| 02/01/2013 | | 160 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court of all pro se motions and pleadings in this case, by Joseph A Camp (Attachments: # 1 Envelope)(Wheeler, LaTandra) (Attachment 1 replaced on 2/4/2013) (Wheeler, LaTandra). Modified on 2/4/2013 to replace envelope (Wheeler, LaTandra). (Entered: 02/04/2013) |
| 02/01/2013 | | 161 | PRO SE MOTION to compel by Joseph A Camp. Suggestions in opposition/response due by 2/19/2013 unless otherwise directed by the court. (Attachments: # 1 Envelope)(Wheeler, LaTandra) (Entered: 02/04/2013) |
| 02/01/2013 | | 162 | PRO SE MOTION for order to attend trial wearing prison attire and restraints by Joseph A Camp. Suggestions in opposition/response due by 2/19/2013 unless otherwise directed by the court. (Attachments: # 1 Envelope)(Wheeler, LaTandra) (Entered: 02/04/2013) |
| 02/01/2013 | | 163 | PRO SE MOTION for order for inspection of grand jury lists, by Joseph A Camp. Suggestions in opposition/response due by 2/19/2013 unless otherwise directed by the court. (Attachments: # 1 Envelope)(Wheeler, LaTandra) (Entered: 02/04/2013) |
| 02/01/2013 | | 164 | PRO SE MOTION to change venue by Joseph A Camp. Suggestions in opposition/response due by 2/19/2013 unless otherwise directed by the court. (Attachments: # 1 Envelope) (Wheeler, LaTandra) (Entered: 02/04/2013) |
| 02/01/2013 | | 165 | PRO SE MOTION to Dismiss Case, by Joseph A Camp. Suggestions in opposition/response due by 2/19/2013 unless otherwise directed by the court. (Attachments: # 1 Envelope) (Wheeler, LaTandra) (Additional attachment(s) added on 2/5/2013: |

| | | | |
|---|---|---|---|
| | | | # 2 Exhibit Index, # 3 Exhibit 1, # 4 Exhibit Two, # 5 Exhibit 3, # 6 Exhibit 4) (Wheeler, LaTandra). (Entered: 02/05/2013) |
| 02/01/2013 | | 166 | PRO SE MOTION for order to stay trial pending an investigation and expert by Joseph A Camp. Suggestions in opposition/response due by 2/19/2013 unless otherwise directed by the court. (Attachments: # 1 Exhibit Index, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Envelope)(Wheeler, LaTandra) (Entered: 02/05/2013) |
| 02/05/2013 | | 167 | MOTION to continue *Triall* by Joseph A Camp. Suggestions in opposition/response due by 2/22/2013 unless otherwise directed by the court. (Picerno, John) (Entered: 02/05/2013) |
| 02/05/2013 | 🔒🔒 | 168 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Wheeler, LaTandra) (Entered: 02/07/2013) |
| 02/07/2013 | | 169 | PRO SE MOTION for order CCA Records by Joseph A Camp. Suggestions in opposition/response due by 2/25/2013 unless otherwise directed by the court. (Attachments: # 1 Envelope) (Wheeler, LaTandra) (Entered: 02/08/2013) |
| 02/07/2013 | | 170 | PRO SE MOTION for order for records as to Joseph A. Camp, by Joseph A Camp. Suggestions in opposition/response due by 2/25/2013 unless otherwise directed by the court. (Attachments: # 1 Envelope)(Wheeler, LaTandra) (Entered: 02/08/2013) |
| 02/13/2013 | | 171 | ORDER granting motion to continue 167 . Accelerated Jury Trial is continued from 3/18/13 to 7/15/2013. Signed on 2/13/13 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 02/13/2013) |
| 02/13/2013 | | 172 | ORDER - this case will be tried on the joint accelerated jury trial docket commencing 7/8/13 (not 7/15/13). Signed on 2/13/13 by Magistrate Judge John T. Maughmer.(Rollheiser, Sandy) (Entered: 02/13/2013) |
| 02/13/2013 | 🔒 | 173 | PRO SE MOTION for detention hearing by Joseph A Camp. Suggestions in opposition/response due by 3/4/2013 unless otherwise directed by the court. (Attachments: # 1 Exhibit) (Wheeler, LaTandra) Modified on 2/14/2013 to seal exhibit to be viewed by case participants only (Wheeler, LaTandra). (Entered: 02/14/2013) |
| 02/14/2013 | 🔒🔒 | 174 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Wheeler, LaTandra) (Entered: 02/15/2013) |
| 02/15/2013 | 🔒🔒 | 175 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Wheeler, LaTandra) (Entered: 02/15/2013) |
| 02/15/2013 | | | PRO SE CORRESPONDENCE, REQUEST for internal docket |

| | | | |
|---|---|---|---|
| | 🔒 | [176](#) | sheet, by Joseph A Camp. (Wheeler, LaTandra) Modified on 2/20/2013 to correct docket text event per instruction (Wheeler, LaTandra). (Entered: 02/19/2013) |
| 03/01/2013 | | [177](#) | SUPPLEMENTAL AFFIDAVIT by Joseph A Camp. (Attachments: # [1](#) Envelope)(Melvin, Greg) (Entered: 03/01/2013) |
| 03/04/2013 | | [178](#) | MOTION for order *to interview witness* filed by Joseph A Camp. Suggestions in opposition/response due by 3/21/2013 unless otherwise directed by the court. (Attachments: # [1](#) Envelope) (Melvin, Greg) (Entered: 03/04/2013) |
| 03/04/2013 | 🔒🔒 | [179](#) | (Court only) Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # [1](#) Envelope) (Melvin, Greg) (Entered: 03/05/2013) |
| 03/04/2013 | | [180](#) | MOTION for order on *Defendant's Pro Se Motion in Opposition of Payment from CJA to John A. Picerno* by Joseph A Camp. Suggestions in opposition/response due by 3/21/2013 unless otherwise directed by the court. (Attachments: # [1](#) Envelope) (Melvin, Greg) (Entered: 03/05/2013) |
| 03/04/2013 | | [181](#) | MOTION for order on *Defendant's Pro Se Motion for New Counsel and Recusal of Magistrate Judge* by Joseph A Camp. Suggestions in opposition/response due by 3/21/2013 unless otherwise directed by the court. (Attachments: # [1](#) Envelope)(Melvin, Greg) (Entered: 03/05/2013) |
| 03/07/2013 | | 182 | ORDER by Magistrate Judge John T. Maughmer as to Joseph A Camp re [176](#) Notice of filing of request for internal docket sheet by Joseph A Camp. Defendant's request is denied. This is a TEXT ONLY ENTRY. No document is attached.(Martinez, Kerry) (Entered: 03/07/2013) |
| 03/08/2013 | 🔒🔒 | [183](#) | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # [1](#) cover letter, # [2](#) Envelope) (Wheeler, LaTandra) (Entered: 03/08/2013) |
| 03/08/2013 | 🔒🔒 | [184](#) | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # [1](#) Letter, # [2](#) Envelope) (Wheeler, LaTandra) (Entered: 03/08/2013) |
| 03/08/2013 | 🔒🔒 | [185](#) | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only** (Attachments: # [1](#) attachments) (Wheeler, LaTandra) (Main Document 185 replaced on 3/11/2013) (Wheeler, LaTandra). (Entered: 03/11/2013) |
| 03/08/2013 | 🔒🔒 | [186](#) | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # [1](#) Envelope) (Wheeler, LaTandra) (Entered: 03/11/2013) |
| 03/08/2013 | 🔒🔒 | [187](#) | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # [1](#) Envelope) (Wheeler, LaTandra) Modified on 3/11/2013 to correct filing date (Wheeler, |

| | | | |
|---|---|---|---|
| | | | LaTandra). (Entered: 03/11/2013) |
| 03/08/2013 | 🔒 🔒 | 188 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Wheeler, LaTandra) (Entered: 03/11/2013) |
| 03/08/2013 | | 189 | PRO SE MOTION for order by Joseph A Camp. Suggestions in opposition/response due by 3/25/2013 unless otherwise directed by the court. (Attachments: # 1 Envelope)(Wheeler, LaTandra) (Entered: 03/11/2013) |
| 03/12/2013 | 🔒 🔒 | 190 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 03/13/2013) |
| 03/14/2013 | 🔒 🔒 | 191 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 03/15/2013) |
| 03/14/2013 | | 192 | PRO SE MOTION to Dismiss Case by Joseph A Camp. Suggestions in opposition/response due by 4/1/2013 unless otherwise directed by the court. (Wheeler, LaTandra) (Entered: 03/15/2013) |
| 03/18/2013 | 🔒 🔒 | 193 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 03/18/2013) |
| 03/21/2013 | | 194 | ORDER denying pro se 173 motions [173, 178, 180, 181 and 192]. Signed on 3/21/13 by Magistrate Judge John T. Maughmer. (Rollheiser, Sandy) (Entered: 03/21/2013) |
| 03/21/2013 | | 198 | PRO SE MOTION to appoint second counsel by Joseph A Camp. Suggestions in opposition/response due by 4/8/2013 unless otherwise directed by the court. (Wheeler, LaTandra) (Entered: 03/22/2013) |
| 03/22/2013 | | 195 | PRO SE MOTION to appoint counsel, by Joseph A Camp. Suggestions in opposition/response due by 4/8/2013 unless otherwise directed by the court. (Attachments: # 1 Letter)(Wheeler, LaTandra) (Entered: 03/22/2013) |
| 03/22/2013 | 🔒 🔒 | 196 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 03/22/2013) |
| 03/22/2013 | 🔒 🔒 | 197 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 03/22/2013) |
| 03/25/2013 | 🔒 🔒 | 199 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 03/27/2013) |
| 03/25/2013 | | 200 | PRO SE MOTION for order for hybrid representation, by Joseph A Camp. Suggestions in opposition/response due by 4/11/2013 unless otherwise directed by the court. (Wheeler, LaTandra) (Entered: 03/27/2013) |
| 03/26/2013 | | 201 | PRO SE MOTION to appoint new counsel, by Joseph A Camp. Suggestions in opposition/response due by 4/12/2013 unless |

| | | | |
|---|---|---|---|
| | | | otherwise directed by the court. (Wheeler, LaTandra) (Entered: 03/27/2013) |
| 03/27/2013 | | 202 | SUPPLEMENTAL AFFIDAVIT, by Joseph A Camp (Wheeler, LaTandra) (Entered: 04/02/2013) |
| 03/29/2013 | 🔒 🔒 | 203 | (Court only) PRO SE Correspondence as to Joseph A Camp - **for internal use only**. (Wheeler, LaTandra) (Entered: 04/02/2013) |
| 04/04/2013 | | 204 | PRO SE MOTION TO PROCEED PRO SE by Joseph A Camp. Suggestions in opposition/response due by 4/22/2013 unless otherwise directed by the court. (Attachments: # 1 Envelope) (Martin, Jan) (Entered: 04/04/2013) |
| 04/09/2013 | | 205 | NOTICE OF HEARING as to Joseph A Camp. This is the official notice for this hearing. Change of Plea Hearing set for 4/12/2013 at 10:00 AM in Courtroom 7D, Kansas City (BCW) before District Judge Brian C. Wimes.Signed on 4/09/2013 by District Judge Brian C. Wimes.This is a TEXT ONLY ENTRY. No document is attached.(Wells, Claudia) (Entered: 04/09/2013) |
| 04/12/2013 | | 206 | PLEA AGREEMENT as to Joseph A Camp (Wolesky, Matthew) (Entered: 04/12/2013) |
| 04/12/2013 | | 207 | Minute Entry for proceedings held before District Judge Brian C. Wimes: CHANGE OF PLEA HEARING hearing as to Joseph A Camp held on 4/12/2013. The Defendant decided NOT to proceed with a change of plea. To order a transcript of this hearing please contact Denise Halasey, 816-512-5657. (Moore, Terri) (Entered: 04/12/2013) |
| 04/12/2013 | | 208 | Minute Entry for proceedings held before District Judge Brian C. Wimes: CHANGE OF PLEA HEARING as to Joseph A Camp held on 4/12/2013. Plea entered by Joseph A Camp (1): Guilty, Count 1. (The Court also takes up the matter of Defendant's motion to proceed pro se. The Defendant states his intent to withdraw the motion. ORDER to be entered.) To order a transcript of this hearing please contact Denise Halasey, 816-512-5657. (Moore, Terri) (Main Document 208 replaced on 4/12/2013) (Moore, Terri). (Entered: 04/12/2013) |
| 04/12/2013 | | 209 | ORDERED Defendants Pro Se Motion to Proceed Pro Se (Doc. # 204 is WITHDRAWN. It is further ORDERED Defendants previously filed pro se motions related to Defendants representation (Docs. # 195 198 200 & 201 are DENIED AS MOOT as to Joseph A Camp (1). Signed on 4/12/13 by District Judge Brian C. Wimes. (Baldwin, Joella) (Entered: 04/12/2013) |
| 04/15/2013 | | 210 | NOTICE OF HEARING as to Joseph A Camp. This is the official notice for this hearing. Sentencing is set for 8/30/2013 at 10:30 AM in Courtroom 7D, Kansas City (BCW) before District Judge Brian C. Wimes.Signed on 4/15/2013 by District Judge Brian C. Wimes.This is a TEXT ONLY ENTRY. No document is attached. |

| | | | |
|---|---|---|---|
| | | | (Wells, Claudia) (Entered: 04/15/2013) |
| 04/16/2013 | 🔒 | | PROBATION OFFICER Leigh Anne Whitworth assigned to prepare presentence investigation report for defendant Joseph A Camp. This is a text entry only - no document is attached. (Koren, Beth) (Entered: 04/16/2013) |
| 04/16/2013 | 🔒 🔒 | 211 | (Court only) Pro Se Correspondence as to Joseph A Camp - **for internal use only**. (Attachments: # 1 Envelope) (Martin, Jan) (Entered: 04/18/2013) |
| 04/18/2013 | | 212 | SUPPLEMENTAL AFFIDAVIT by Joseph A Camp (Attachments: # 1 Envelope)(Martin, Jan) (Entered: 04/19/2013) |
| 04/18/2013 | 🔒 🔒 | 213 | (Court only) Pro Se Correspondence-Request as to Joseph A Camp - **for internal use only**. (Martin, Jan) (Entered: 04/19/2013) |
| 04/19/2013 | | 214 | Pro Se MOTION for return of property by Joseph A Camp. Suggestions in opposition/response due by 5/6/2013 unless otherwise directed by the court. (Martin, Jan) (Entered: 04/19/2013) |
| 04/22/2013 | 🔒 🔒 | 215 | (Court only) Correspondence as to Joseph A Camp - **for internal use only**. (Martin, Jan) (Entered: 04/22/2013) |
| 04/25/2013 | | 216 | DEFENDANT'S PRO SE SENTENCING MEMORANDUM by Joseph A Camp. (Attachments: # 1 Attachment, # 2 Envelope) (Martin, Jan) (Entered: 04/30/2013) |
| 05/02/2013 | | 217 | MOTION for release from custody by Joseph A Camp. Suggestions in opposition/response due by 5/20/2013 unless otherwise directed by the court. (Attachments: # 1 Exhibit Attachment, # 2 Envelope)(Martin, Jan) (Entered: 05/06/2013) |
| 05/02/2013 | | 218 | MOTION for order Production of Documents by Joseph A Camp. Suggestions in opposition/response due by 5/20/2013 unless otherwise directed by the court. (Attachments: # 1 Envelope) (Martin, Jan) (Entered: 05/06/2013) |
| 05/08/2013 | | 219 | MOTION for order to proceed Pro Se for the purposes of filing Motion for Release and Motion for Sentencing pro se by Joseph A Camp. Suggestions in opposition/response due by 5/28/2013 unless otherwise directed by the court. (Attachments: # 1 Envelope) (Martin, Jan) (Entered: 05/11/2013) |
| 05/10/2013 | 🔒 | 220 | NOTICE of filing correspondence by Joseph A Camp (Attachments: # 1 Envelope)(Martin, Jan) (Entered: 05/14/2013) |
| 05/17/2013 | 🔒 🔒 | 221 | (Court only) Correspondence as to Joseph A Camp - **for internal use only**. (Martin, Jan) (Entered: 05/20/2013) |
| 05/17/2013 | 🔒 🔒 | 222 | (Court only) Correspondence as to Joseph A Camp - **for internal use only**. (Martin, Jan) (Entered: 05/20/2013) |
| 05/21/2013 | | | ELECTRONIC TRANSCRIPT as to Joseph A Camp of Guilty Plea |

| | | | |
|---|---|---|---|
| | 🔓 | 223 | held 4-12-13 before Judge Brian C. Wimes. Court Reporter: Denise Halasey, 816-512-5657, denise_halasey@mow.uscourts.gov. Number of pages: 37. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 5/31/2013. Release of Transcript Restriction set for 8/19/2013.**(Halasey, Denise) (Entered: 05/21/2013) |
| 06/12/2013 | 🔒 🔒 | 224 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Joseph A Camp (Attachments: # 1 Supplement Transmittal) (Koren, Beth) (Entered: 06/12/2013) |
| 06/13/2013 | | 225 | NOTICE OF HEARING as to Joseph A Camp. This is the official notice for this hearing. Sentencing set for 6/19/2013 at 11:30 AM in Courtroom 7D, Kansas City (BCW) before District Judge Brian C. Wimes. Signed on 6/13/2013 by District Judge Brian C. Wimes.This is a TEXT ONLY ENTRY. No document is attached. (Wells, Claudia) (Entered: 06/13/2013) |
| 06/14/2013 | | 226 | SENTENCING MEMORANDUM by USA as to Joseph A Camp (Porter, Phillip) (Entered: 06/14/2013) |
| 06/19/2013 | 🔒 🔒 | 227 | SENTENCING ADDENDUM (Sealed) as to Joseph A Camp. (Related document(s) 224 ) (Koren, Beth) (Entered: 06/19/2013) |
| 06/19/2013 | | 228 | Minute Entry for proceedings held before District Judge Brian C. Wimes: SENTENCING held on 6/19/2013 for Joseph A Camp (1), Count(s) 1. To order a transcript of this hearing please contact Denise Halasey, 816-512-5759. (Baldwin, Joella) (Entered: 06/19/2013) |
| 06/19/2013 | | 229 | JUDGMENT and COMMITMENT as to Joseph A Camp (1), Count(s) 1. The defendant pled guilty to Count 1 of the Indictment on April 12, 2013. Dft committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 36 months on Count 1, with credit for all time served. Supervised Release of 1 year with standard and additional condtions imposed. MSA: $100.00 RESTITUTION: $61,500.00. Dft remanded to custody of USM. Counts 2 through 7 are dismissed upon motion by the Government. Signed on 6/19/13 by District Judge Brian C. Wimes.(Baldwin, Joella) (Entered: 06/19/2013) |
| 06/20/2013 | | 230 | NOTICE OF APPEAL by Joseph A Camp re 229 Judgment and Commitment. Filing fee $ 455, receipt number Not Paid. (Wheeler, LaTandra) (Entered: 06/20/2013) |
| 06/24/2013 | | 231 | Transmission of Notice of Appeal Supplement to US Court of |

| | | | |
|---|---|---|---|
| | | | Appeals, 8th Circuit via electronic mail as to Joseph A Camp to US Court of Appeals. Related Document 230 Notice of Appeal - Final Judgment. (Crespo, Wil) (Entered: 06/24/2013) |
| 06/26/2013 | | 232 | USCA Case Number from 8th Circuit Court of Appeals is 13-2389 for 230 Notice of Appeal - Final Judgment filed by Joseph A Camp as to Joseph A Camp. Briefing schedule entered by the Court of Appeals is attached. Transcript due by 7/10/2013. (Attachments: # 1 Schedule)(Crespo, Wil) (Entered: 06/26/2013) |
| 06/27/2013 | 📌 | 233 | PRO SE MOTION for order by Joseph A Camp. Suggestions in opposition/response due by 7/15/2013 unless otherwise directed by the court. (Attachments: # 1 Envelope)(Martin, Jan) (Entered: 06/28/2013) |
| 07/08/2013 | | 234 | Transmitted Documents on Appeal as to Joseph A Camp to US Court of Appeals re 230 Notice of Appeal - Final Judgment (Crespo, Wil) (Entered: 07/08/2013) |
| 07/09/2013 | | 235 | USCA Revised Schedule from 8th Circuit Court of Appeals for 230 Notice of Appeal - Final Judgment filed by Joseph A Camp as to Joseph A Camp. Transcript due by 7/29/2013. (Crespo, Wil) (Entered: 07/09/2013) |
| 08/08/2013 | 📌 | 236 | PRO SE MOTION for Modification of Supervision Assignment of Counsel by Joseph A Camp. Suggestions in opposition/response due by 8/26/2013 unless otherwise directed by the court. (Attachments: # 1 Attachments, # 2 Envelope)(Martin, Jan) (Entered: 08/12/2013) |
| 08/19/2013 | 📌 | 237 | PRO SE MOTION for order for Appointment of Counsel to Modify Conditions of Supervised Release by Joseph A Camp. Suggestions in opposition/response due by 9/6/2013 unless otherwise directed by the court. (Attachments: # 1 Fax Cover Sheet, # 2 Envelope)(Martin, Jan) (Entered: 08/20/2013) |
| 09/06/2013 | 🔓 | 239 | ELECTRONIC TRANSCRIPT as to Joseph A Camp of Sentencing held 6-19-13 before Judge Brian C. Wimes. Court Reporter: Denise Halasey, 816-512-5657, denise_halasey@mow.uscourts.gov. Number of pages: 32. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 9/13/2013. Release of Transcript Restriction set for 12/5/2013.**(Halasey, Denise) (Entered: 09/06/2013) |
| 09/06/2013 | | | ***Appeals Remark as to Joseph A Camp: Mailed this date to the 8th Circuit Court of Appeals transcripts Doc #239. (Crespo, Wil) |

| | | | |
|---|---|---|---|
| | | | (Entered: 09/06/2013) |
| 09/25/2013 | | 240 | CJA 20 as to Joseph A Camp: Authorization to pay John A. Picerno. Total amount: $29,100.00. Voucher #13MOW830. This document is being maintained in the finance office at the court. Signed on 08/06/13 by District Judge Brian C. Wimes.This is a TEXT ONLY ENTRY. No document is attached.(Harrison, Teresa) (Entered: 09/25/2013) |
| 09/25/2013 | | 241 | CJA 21 as to Joseph A Camp: Authorization to pay Forensic Computer Service, Inc. $19,875.00 for expert services. Voucher #13MOW831. This document is being maintained in the finance office at the court. Signed on 08/06/13 by District Judge Brian C. Wimes.This is a TEXT ONLY ENTRY. No document is attached. (Harrison, Teresa) (Entered: 09/25/2013) |
| 10/29/2013 | | 246 | JUDGMENT of USCA as to Joseph A Camp re 230 Notice of Appeal - Final Judgment **This is a preliminary judgment of U.S. Court of Appeals; jurisdiction is not recovered until the mandate is issued by the appellate court. Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed.** (Crespo, Wil) (Entered: 10/29/2013) |
| 10/29/2013 | | 247 | MANDATE of USCA as to Joseph A Camp re 230 Notice of Appeal - Final Judgment with mandate issued on 10/29/13. (Crespo, Wil) (Entered: 10/29/2013) |
| 05/01/2014 | 🔒 | 249 | PROBATION MEMORANDUM as to Joseph A Camp. Violation report submitted with **WARRANT REQUESTED** and a request to transfer jurisdiction to the Western District of New York. (Attachments: # 1 List of Violations, # 2 Warrant Order, # 3 Transfer of Jurisdiction) (Harris, Bobbie) (Entered: 05/01/2014) |
| 05/02/2014 | 🔒 🔒 | 250 | (Court only) ORDER FOR ISSUANCE OF WARRANT FOR ARREST OF SUPERVISED RELEASEE as to Joseph A Camp. Signed on 05/02/2014 by District Judge Brian C. Wimes.(Wells, Claudia) (Entered: 05/02/2014) |
| 05/02/2014 | 🔒 | 251 | (Court only) PROBATION MINUTE ORDER as to Joseph A Camp re 249 Probation Memorandum. It is hereby ORDERED that the Court concurs with the recommendation of the Probation Office the transfer form was signed and sent to probation. Signed on 05/02/2014 by District Judge Brian C. Wimes.This is a TEXT ONLY ENTRY. No document is attached.(Wells, Claudia) (Entered: 05/02/2014) |
| 05/02/2014 | 🔒 | | (Court only) WARRANT FOR ARREST OF SUPERVISED RELEASEE ISSUED as to Joseph A Camp. This is a docket entry only. No document is attached.(Houston, Kiambu) (Entered: 05/02/2014) |
| 05/13/2014 | | 252 | PROBATION JURISDICTION transferred to Western District of New York as to Joseph A Camp Transmitted Transfer of |

Case 6:14-cr-06069-DGL   Document 1-1   Filed 05/16/14   Page 25 of 25

| | | |
|---|---|---|
| | | Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Wheeler, LaTandra) (Entered: 05/14/2014) |