UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| Vs. | ) |
| JOSEPH A. CAMP | ) Case No. 10-000318-01-CR-W-BCW |
| | ) |
| Defendant. | ) |

### ORDER FOR ISSUANCE OF WARRANT FOR ARREST

On May 1, 2014, the Probation Office for the Western District of Missouri transmitted a "violation report" recommending that a warrant for arrest be issued. For good cause appearing and on the recommendation of the Probation Office, it is ORDERED that the Clerk of the Court shall forthwith issue a warrant for arrest directed to any United States Marshal, or any other authorized officer, directing that Joseph A. Camp be taken into custody and that he be brought before the nearest available United States Magistrate Judge to determine whether there is probable cause to believe that Joseph A. Camp has committed one or more acts constituting a violation of the Conditions of Supervised Release, thus requiring that he be held for a final revocation hearing before a Judge of this Court.

**ECF DOCUMENT**

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of Missouri.

Date Filed: 5/2/14     ANN THOMPSON, CLERK
By: _____ Deputy Clerk

/s/ Brian C. Wimes
_____
JUDGE BRIAN C. WIMES
U.S. DISTRICT COURT

Dated at Kansas City, Missouri, this   05/02/2014   day of  May  , 2014.