PROB 19
(Rev. 5/92)

# UNITED STATES DISTRICT COURT

for

**Western District Of Missouri**

U.S.A. vs. **JOSEPH A. CAMP**     Docket No. 10-00318-01-CR-W-BCW

TO: any United States Marshal, or his deputies, or any other authorized law enforcement officer

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named Supervised Releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her Supervised Release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Joseph A. Camp | Male | White | 29 |

ADDRESS (STREET, CITY, STATE)

| SENTENCE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| WESTERN DISTRICT OF MISSOURI - KANSAS CITY | 6/19/2013 |

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)

**U.S. District Court
Western District of Missouri
Kansas City, Missouri**

| COURT EXECUTIVE | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Ann Thompson | [signature] | 5/2/2014 |

### RETURN

**Warrant received and executed.**

| DATE RECEIVED | DATE EXECUTED |
|---|---|
| | |

EXECUTING AGENCY (NAME AND ADDRESS)

| NAME | (BY) | DATE |
|---|---|---|
| | | |